UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
HAROLD WARREN, JR., M.D.

                        Plaintiff,                        NOTICE OF MOTION TO WITHDRAW AS ATTORNEY

                - against -

CITY OF NEW YORK, POLICE OFFICER MARISOL
CENTENO, SHIELD 3099, POLICE OFFICER JOHN DOE,
A FICTITIOUS NAME FOR UNKNOWN EMPLOYEES OF
THE NEW YORK CITY POLICE DEPARTMENT, DETECTIVE
CARL ROADARMEL, J.P. MORGAN CHASE BANK, N.A.,
KHOA NGUYEN, BANK EMPLOYEE RICHARD ROE, BANK
EMPLOYEE JANE DOE,

                        Defendants,
-------------------------------------------------------------------------------X

       PLEASE TAKE NOTICE, that upon the annexed affirmation of JAY K. GOLDBERG, ESQ., and all proceedings herein, the undersigned will move this Court, on the 14th day of May, 2010, at 11:45 a.m., at the United States Courthouse located at 500 Pearl Street, New York, New York for the following relief:

    I.    An Order allowing counsel for the Plaintiff to withdraw; and
    II.   An Order staying the proceeding for sixty (60) days to allow Plaintiff time to secure replacement counsel;
    III.  And for such other and further relief as to this Court may seem just and proper.

Dated:    New York, New York
            May 3, 2010

                                                  Respectfully submitted,

                                                  GOLDBERG & ALLEN, LLP

                                                  */s/ Jay K. Goldberg*
                                                  By: Jay K. Goldberg, Esq. (JG-1294)
                                                  Attorneys for Harold Warren, Jr.
                                                  49 W. 37th Street, 7th Floor
                                                  New York, New York 10018
                                                  (212) 766-3366

TO:    CLERK OF THE COURT
       United States Courthouse
       Southern District of New York
       500 Pearl Street
       New York, New York 10007

       Dr. Harold Warren, Jr.
       140 Claremont Ave., Apt. 1K
       New York, NY 10027
       [and by e-mail]

       Brian G. Maxey, Esq.
       Attorney for City Defendants
       Corporation Counsel City of New York
       100 Church Street
       New York, New York 10007

       Matthew S. Schultz, Esq.
       Attorney for JP Morgan Chase Defendants
       Connell Foley LLP
       85 Livingston Avenue
       Roseland, NJ 07068